UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID HEMINGWAY,<br>Plaintiff,<br>v.<br>CORCORAN SHO/CDCR, et al.,<br>Defendants. | Case No.: 1:26-cv-05503-EGC (PC)<br>**ORDER GRANTING PLAINTIFF'S MOTION FOR A 60-DAY EXTENSION OF TIME WITHIN WHICH TO PAY THE FILING FEE FOR THIS ACTION**<br>(Doc. 11) |

Plaintiff Michael David Hemingway is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I. RELEVANT BACKGROUND**

On July 16, 2026, Plaintiff filed a complaint and an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. (*See* Docs. 1 & 2.)

On July 21, 2026, the Court issued its Order Directing Plaintiff to Submit a Completed and Signed Application to Proceed In Forma Pauperis and to Provide a Written Explanation Concerning Entries on his Inmate Statement Report. (Doc. 6.) Specifically, Plaintiff was ordered to submit a completed and signed IFP application within 30 days, as well as a separate document explaining the ten JPAY entries and five SALES entries appearing on his Inmate Statement Report. (*Id.* at 3.) Alternatively, Plaintiff was advised that he could pay the required $405 filing fee for this action within that same period. (*Id.*)

On August 3, 2026, Plaintiff submitted an untitled one-page document, docketed as a motion for an extension of time regarding filing fee. (Doc. 9.)

On August 5, 2026, the Court issued its Order Regarding Plaintiff's Motion for Extension of Time Regarding Filing Fee. (Doc. 10.) Specifically, Plaintiff was granted a 30-day extension within which to pay the $405 filing fee for this action. (*Id*. at 4.) Plaintiff was also advised that in the event he required additional time, "he may file a request for an extension of time supported by good cause" and that in that request he "must explain what portion of the filing fee he has saved to that point, identify the source of any anticipated funds, and state when he expects to have the funds available …." (*Id*. at 3.)

Plaintiff filed a second request for an extension of time on September 8, 2026. (Doc. 11.)

## II. DISCUSSION

Plaintiff requests a 60-day extension of time "to receive & redistribute the $405 fee." He states he "sent it 2 'Clerk of Court' at address [he] was given" and has received no reply. Next, Plaintiff states he has "to see a notary to sign [] settlement papers [in another case] before" receiving a check so that he can pay the filing fee for this action.

Liberally construing the request, it appears Plaintiff will soon have the full $405 filing fee for this action as a result of anticipated settlement funds from another action. Therefore, the Court finds good cause to grant the requested extension of time. Plaintiff will be directed to pay the full filing fee within 60 days.

The Court observes that Plaintiff's attached proof of service indicates his filing was directed to the Sacramento Division of the Eastern District of California. (*See* Doc. 11 at 2 ["501 I Street, Suite 15-220, Sacramento, CA 95814"].) However, this action was filed in the Fresno Division. (*See* Docket generally & Doc. 4 at 1 [First Informational Order in Prisoner/Civil Detainee Case].) Therefore, moving forward, Plaintiff should serve his documents to this Court, rather than the Court in Sacramento, at **2500 Tulare Street, Room 1501, Fresno, California 93721**.

//

//

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. Plaintiff's request for an extension of time (Doc. 11) is **GRANTED**; and
2. **Within 60 days** of the date of service of this order, Plaintiff **SHALL** pay the $405 filing fee for this action.

**A failure to comply with this order may result in a recommendation that this action be dismissed for a failure to comply with court orders and a failure to prosecute**.

IT IS SO ORDERED.

Dated: **September 10, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE