UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID HEMINGWAY,<br>Plaintiff,<br>v.<br>CORCORAN SHO/CDCR, et al.,<br>Defendants. | Case No.: 1:26-cv-05503-JLT-EGC (PC)<br>**ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br>(Doc. 13) |

Plaintiff Michael David Hemingway is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

Plaintiff initiated this action by filing a complaint on July 16, 2026. (Doc. 1.)

On September 15, 2026, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. 13.)

Accordingly, given the above, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i) & (B). The Clerk of the Court is directed to terminate any pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: **September 18, 2026**

Erin Sang Castillo

UNITED STATES MAGISTRATE JUDGE